JOHN J. McGLYNN, Respondent, *v.* THE PENNSYLVANIA STEEL COMPANY, Appellant.

*McGlynn* v. *Pennsylvania Steel Co.*, 144 App. Div. 343, affirmed.
(Argued April 9, 1912; decided April 30, 1912.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 10, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sus-

tained by plaintiff through the negligence of defendant, his employer.

*David Leventritt, H. Snowden Marshall* and *William · H. Griffin* for appellant.

*John F. McIntyre* and *David C. Hirsch* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., WERNER, WILLARD BART-LETT, HISCOCK and CHASE, JJ.   Dissenting: GRAY and COLLIN, JJ.